IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIM. NO. 3:24-MJ-05 |
| | : | |
| DIEGO IBARRA, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

ORDER

The Petition for a Writ of Habeas Corpus *Ad Prosequendum* filed by the United States seeking the production of DIEGO IBARRA H/M, DOB \*\*/\*\*/1995, having been presented, read, and considered,

IT IS HEREBY AND ORDERED AND DIRECTED that the Sheriff of the Clarke County Jail in Clarke County, Georgia deliver DIEGO IBARRA to the United States Marshal for the Middle District of Georgia, and that the United States Marshal produce DIEGO IBARRA before the Honorable Court of the United States at Macon, Georgia, not later than **8:30 a.m., March 4, 2024**, and that the said Marshal, or his lawful deputy, return DIEGO IBARRA to the custody whence he came when his presence in the above-stated case is no longer required.

SO ORDERED AND DIRECTED, this 27th day of February, 2024.



s/ Charles H. Weigle
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE